| | | |
|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | AUSA: Roy Kranz<br>Agent: Phil Mata BIA | Telephone: (989) 895-5712<br>Telephone: (989) 775-4700 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Shaine Amos Francis

Case No. 1:21-mj-30535

**FILED**
MAR 14 2022
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Shaine Amos Francis,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Abusive sexual contact in violation of 18 U.S.C. § 2244(a)(3), within Indian country, as defined in
18 U.S.C. § 1151 and 18 U.S.C. § 1153

Date: November 10, 2021

*Issuing officer's signature*

City and state: Bay City, Michigan

Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/10/2021, and the person was arrested on *(date)* 03/02/2022
at *(city and state)* _____.

Date: 03/02/2022

*Arresting officer's signature*

Anthony Kn___ / Special Agent
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA